# United States Bankruptcy Court
## Central District Of California

In re:
Louis August Gevers
aka Gus Gevers, aka Louis A. Gevers Kathleen Ann Gevers
aka Kathy Murphy, aka Katherine Murphy

CHAPTER NO.: 7

CASE NO.: 8:10-bk-27648-ES

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3-6(b)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2-1(a)(7).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

        411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: December 15, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Rosemary Ambriz**
    **Deputy Clerk**

mccdn – Revised 12/2009

5 – 1 / AMB