**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)

# UNITED STATES BANKRUPTCY COURT        Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on December 15, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Louis August Gevers<br>131 Paseo de la Concha apt B<br>Redondo Beach, CA 90277 | Kathleen Ann Gevers<br>2509 Back Bay Loop<br>Costa Mesa, CA 92627 | **Case Number:**<br>**8:10–bk–27648–ES** |
|---|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: aka Gus Gevers, aka Louis A. Gevers<br><br>Joint Debtor: aka Kathy Murphy, aka Katherine Murphy, aka KATHLEEN MURPHY | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–0755<br>JDbt SSN: xxx–xx–1642 | |
| Attorney for Debtor(s) (name and address):<br>Erik J Graeff<br>Law Offices of Erik Graeff<br>2125 N Flint Ave<br>Portland, OR 97227<br>Telephone number:  971–228–0014 | Bankruptcy Trustee (name and address):<br>Jeffrey I Golden (TR)<br>Weiland, Golden, Smiley, Wang Ekva<br>P.O. Box 2470<br>Costa Mesa, CA 92628–2470<br>Telephone number:  (714) 966–1000 | |

## Meeting of Creditors

Date:  **January 26, 2011**                                   Time:  **10:00 AM**
Location:  **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: March 28, 2011**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  December 16, 2010 |
| **(Form rev. 12/10:341–B9A)** | / |

**EXPLANATIONS**  B9A (Official Form 9A)(12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: rambrizC                Page 1 of 2                    Date Rcvd: Dec 16, 2010
Case: 10-27648                 Form ID: b9a                  Total Noticed: 61


The following entities were noticed by first class mail on Dec 18, 2010.
db          +Louis August Gevers,    131 Paseo de la Concha apt B,    Redondo Beach, CA 90277-6228
jdb         +Kathleen Ann Gevers,    2509 Back Bay Loop,    Costa Mesa, CA 92627-5414
aty         +Erik J Graeff,   Law Offices of Erik Graeff,    2125 N Flint Ave,    Portland, OR 97227-1901
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
28153989    +AWA Collections,    PO Box 6605,   Orange, CA 92863-6605
28153985    +Adam & Michelle O'Conner,    PO Box 2262,    Lake Arrowhead, CA 92352-2262
28153986    +AlliedInterstate,    3000 Corporate Exchange Dr. 5th fl.,    Columbus, OH 43231-7723
28153987    +American Agencies,    PO Box 970909,    721 North 530 East,   Orem, UT 84097-4105
28153992    +Bonded Collection Corporation,    29 East Madison Street suite 1650,    Chicago, IL 60602-4435
28153997    +CBA Collection Bureau,    145 Executive Pkwy,    Milledgeville, GA 31061-4934
28153996    +CBA Collection Bureau,    402 S. West Street,    Bainbridge, GA 39819-3914
28153998    +CBE Group,    131 Tower Park Dr. Suite 100,    Waterloo, IA 50701-9588
28153994     Car Max Auto Finance,    P.O. Box 3174,    Milwaukee, WI 53201-3174
28153995    +Cavalry Portfolio Services,    P.O. Box 27288,    Tempe, AZ 85285-7288
28154000    +Citifinancial,    2208 Highway 121 100,    Bedford, TX 76021-5998
28154002    +David Gee,    20122 Santa Ana Avenue 1-A,    Newport Beach, CA 92660-1360
28154003     Diversified Collection Services,    PO Box 9046,    Pleasanton, CA 94566-9046
28154005     EOS CCA,    300 Canal View Blvd. ste 130,    Rochester, NY 14623-2811
28154004    +Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
28154006    +First National Bank of Omaha,    1620 Dodge St,    Omaha, NE 68197-0002
28154008    +First Source Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
28154009     FirstSource Advantage LLC,    PO Box 628,    Buffalo, NY 14240-0628
28154010    +Grimm Collections,    1677 S 2nd Ave SW,    Olympia, WA 98512-6992
28154013     LHR INC,    6341 Inducon Drive East,    Sanborn, NY 14132-9097
28154012    +LHR Inc,    56 Main St.,    Hamburg, NY 14075-4905
28154011     Lake Arrowhead CSD,    PO Box 700,    Lake Arrowhead, CA 92352-0700
28154019    +NCO Financial Systems, Inc.,    PO Box 15630,    Dept. 02,   Wilmington, DE 19850-5630
28154020     NCO Financial Systems, Inc.,    PO Box 17080,    Wilmington, DE 19850-7080
28154021    +NCO Financial Systems, Inc.,    507 Prudential Road,,    Horsham, PA 19044-2368
28154015    +National Credit System,    3800 Camp Creek Pkwy SW#18-110,    Atlanta, GA 30331-6228
28154017     Nationwide Credit, Inc,    2015 Vaughn Rd NW suite 400,    Kennesaw, GA 30144-7802
28154018     Nationwide Credit, Inc,    PO Box 740640,    Atlanta, GA 30374-0640
28154024    +PR/PortfolioRC,    PO Box 12914,    Norfolk, VA 23541-0914
28154022    +Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
28154023    +Portfolio Recovery& Affiliates,    120 Corporate Blvd 1,    Norfolk, VA 23502-4962
28154025    +Quickbeam LLC,    PO Box 2262,    Lake Arrowhead, CA 92352-2262
28154027    +San Bernadino County Treasurer,    172 West Third Street,    San Bernardino, CA 92415-0320
28154028    +Small Business Administration,    330 North Brand, Suite 1200,    Glendale, CA 91203-2320
28154029     Solomon and Solomon P.C.,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
28154030    +Stantander Cunsumer USA,    PO BOX 961245,    Fort Worth, TX 76161-0244
28154031    +Sunrise Management Company,    c/o Kiimball, Tirey & St. John,    5510 Trabuco Road,
              Irvine, CA 92620-5705
28154033     Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
28154034    +Tiburon Financial, L.L.C.,    PO Box 770,    Boys Town, NE 68010-0770
28154040    +WFFNB/Nationwide,    800 Walnut St. MAC F4031,    Des Moines, IA 50309-3504
28154039    +WFFNatBank,    PO Box 94498,    Las Vegas, NV 89193-4498
28154035    +Weltman, Weinberg & Reis Co., LPA,    323 W. Lakeside Ave ste 200,    Cleveland, OH 44113-1099

The following entities were noticed by electronic transmission on Dec 17, 2010.
tr           EDI: QJIGOLDEN.COM Dec 17 2010 01:58:00      Jeffrey I Golden (TR),
              Weiland, Golden, Smiley, Wang Ekva,    P.O. Box 2470,    Costa Mesa, CA  92628-2470
smg          EDI: EDD.COM Dec 17 2010 01:58:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Dec 17 2010 01:58:00      Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
              Sacramento, CA  95812-2952
28153988    +EDI: AMEREXPR.COM Dec 17 2010 01:58:00      American Express,    PO Box 981537,
              El Paso, TX 79998-1537
28153991    +EDI: BANKAMER2.COM Dec 17 2010 01:58:00      Bank Of America,    Po Box 17054,
              Wilmington, DE 19850-7054
28153999    +EDI: CHRYSLER.COM Dec 17 2010 01:58:00      CFC Deficiency Recovery,    1100 Manor Drive,
              Chalfont, PA 18914-2252
28153993    +EDI: CAPITALONE.COM Dec 17 2010 01:58:00      Capital One,    6125 Lakeview Rd., Suite 800,
              Charlotte, NC 28269-2605
28154001    +EDI: COLLECTCORP.COM Dec 17 2010 01:58:00      CollectCorp Corporation,
              455 North 3rd Street, Suite 260,    Phoenix, AZ 85004-0630
28154007    +EDI: AMINFOFP.COM Dec 17 2010 01:58:00      First Premier Bank,    PO box 5147,
              Sioux Falls, SD 57117-5147
28154014    +EDI: RESURGENT.COM Dec 17 2010 01:58:00      LVNV Funding LLC,    15 South Main Street Greenville,
              Greenville, SC 29601-2743
28154016     EDI: NESF.COM Dec 17 2010 01:58:00      National Enterprise Systems,    29125 Solon Road,
              Solon, OH 44139-3442
28154026     EDI: PHINRJMA.COM Dec 17 2010 01:58:00      RJM Acquisitions,    575 Underhill Blvd Suite 224,
              Syosset, NY 11791-3416
28154032    +EDI: WTRRNBANK.COM Dec 17 2010 01:58:00      Target Financial Services,    Mail Stop 5C-F,
              PO Box 673,    Minneapolis, MN 55440-0673
28154038    +EDI: WFFC.COM Dec 17 2010 01:58:00      WFFinance,    800 Walnut St.,    Des Moines, IA 50309-3504
28154036    +EDI: WESTASSET.COM Dec 17 2010 01:58:00      West Asset Management,    2253 Northwest Parkway SE,
              Marietta, GA 30067-8764
28154037    +E-mail/Text: vmoliga@westlakefinancial.com                            Westlake Financial Services,
              PO BOX 54807,    Los Angeles, CA 90054-0807
                                                                                              TOTAL: 16
```

```
District/off: 0973-8           User: rambrizC              Page 2 of 2            Date Rcvd: Dec 16, 2010
Case: 10-27648                 Form ID: b9a                Total Noticed: 61

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 28153990     AWA Collections,    PO Box 6605,    CA 92613
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2010**                        **Signature:**    *Joseph Speetjens*