JEFFREY I. GOLDEN, TRUSTEE
P.o. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 445-1013
Facsimile: (714) 966-1002

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In Re: | Case No.: 8:10-27648-ES |
|---|---|
| GEVERS, LOUIS AUGUST<br>GEVERS, KATHLEEN ANN | <br>10276482<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Erik J Graeff
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **March 1, 2011 at 11:00 a.m.** at 411 W. Fourth Street, Room 3110, Santa Ana, California, for the reason set forth below:

**You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.**

Dated: February 11, 2011

/s/ Jeffrey I. Golden
JEFFREY I. GOLDEN
Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on February 11, 2011.

/s/ Ann E. Losoya
Ann E. Losoya